UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHAYMARL CORMIER,

                Petitioner,

-against-

JOHN BURGE, Superintendent

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2277 (FB)

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on February 28, 2006, denying the petition for a writ of habeas corpus as time-barred; and ordering that a Certificate of Appealability shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied as time-barred; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
        February 28, 2006

ROBERT C. HEINEMANN
Clerk of Court